FILED
SEP 1 1 2026
Bonnie N. Hackler Acting Clerk
U S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,
Plaintiff,

v.

MICHAEL CHASE MORRIS,
Defendant.

Case No. 15-CR-0115-001-CVE

**NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE (DKT. ## 112, 115) AND REQUEST FOR RULING**

Defendant Michael Chase Morris, appearing pro se, respectfully brings the following to the Court's attention concerning his pending Motion to Modify Conditions of Supervised Release under 18 U.S.C. § 3583(e)(2) (Dkt. # 112), filed July 6, 2026, and its Supplement (Dkt. # 115), filed July 13, 2026.

**1. The motion is unopposed.** More than two months have passed since the motion and supplement were filed and served through the Court's CM/ECF system. The United States has filed no response. Its silence is not inattention to the docket: during the same period, the government briefed Morris's motion for return of property (Dkt. # 120, Aug. 10, 2026) and filed its response in the § 2255 proceeding (Dkt. # 127, Sept. 4, 2026), which expressly acknowledges the pendency of Dkt. ## 112 and 115. (Dkt. # 127 at 5 n.1.) The motion stands unopposed on this record.

**2. The question is now ripe on the motion's own terms.** The motion advised the Court that it could "defer ruling until Morris's release date approaches rather than deny relief as premature." (Dkt. # 112, at 1–2.) That time has arrived: as reflected in the government's own certificate of service (Dkt. # 127, at 16), Morris has been transferred to RRM Dallas, a residential reentry placement, and his term of supervised release — with the challenged conditions attached

✓ Mail ___ No Cert Svc ___ No Orig Sign
___ C/J ___ C/MJ ___ C/Ret'd ___ No Env
___ Cpys ✓ No Env/Cpys ___ O/J ___ O/MJ

— will commence in the near term. A ruling before supervision begins would permit the Probation Office and Morris alike to plan supervision under lawful, tailored conditions from the first day.

**3. The relief requested requires no hearing.** The modification sought is favorable to Morris and does not extend his term; it may therefore be granted without a hearing under Federal Rule of Criminal Procedure 32.1(c)(2)(B), and Morris has waived a hearing in any event. (Dkt. # 112, at 2.) The motion is fully briefed by its supporting memorandum and supplement, and the authorities bearing on it — including United States v. Bycroft, 155 F.4th 1177 (10th Cir. 2025), United States v. Caraballo, No. 25-5106 (10th Cir. June 30, 2026) (unpublished), and the Sentencing Commission's revised §§ 5D1.3 and 5D1.4 (effective Nov. 1, 2025) — are collected in the Notice of Supplemental Authority (Dkt. # 126) and addressed in Morris's reply in the § 2255 proceeding.

**4. Request.** Morris respectfully requests that the Court take up the motion (Dkt. ## 112, 115) as unopposed and grant the relief requested; in the alternative, if the Court wishes to hear from the United States before ruling, Morris requests that the Court set a date certain for any response, with leave for Morris to file a short reply thereafter. Morris intends no disrespect to the Court's management of its docket by this Notice; he files it only because the approach of his release date gives the timing of a ruling practical consequence for how his supervision begins.

Respectfully submitted,



Michael Chase Morris, Pro Se

Dated: September 09, 2026

## CERTIFICATE OF SERVICE

I certify that on the date below I deposited a true and correct copy of the foregoing Notice, first-class postage prepaid, addressed to the United States Attorney's Office, Northern District of Oklahoma, 110 West Seventh Street, Suite 300, Tulsa, OK 74119 (Attn: AUSA Thomas E. Duncombe), and I request that the Clerk also serve the United States through the Court's CM/ECF system upon docketing.

______________________________
Michael Chase Morris, Pro Se
Dated: September 09, 2026

This package is made from post-consumer waste. Please recycle - again.

PAPER POUCH how2recycle.info

UNITED STATES POSTAL SERVICE ® | PRIOR
MAI

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many internationa
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com.*

** See International Mail Manual at *http://pe.usps.com* for availability and limitations of co

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**

PS00001142500

EP14F-250 May 2026
OD: 12 1/2 x 9 1/2

To schedule free Packa
scan the QR co

USPS.COM/PICI

UNITED STATES POSTAL SERVICE® | PirateShip.com® Make shipping fun

**P**

usps.com
US POSTAGE
postmark 9/9/26
U.S. POSTAGE PAID
USPS Ship
09/09/2026
1 lb 0 oz
Mailed from 74104

**PRIORITY MAIL®**

Created 09/09/2026

MICHAEL MORRIS
1423 TERRACE DR STE 4156
TULSA OK 74104-4625

RECEIVED
RDC 03
SEP 1 1 2026
Bonnie N. Hackler, Acting Clerk
U.S. DISTRICT COURT

15cr 115 - CVE

U.S. DISTRICT COURT
COURT CLERK
333 W 4TH ST UNIT 411
TULSA OK 74101-5817

**USPS TRACKING # USPS Ship**

9305 5110 4390 0004 4542 16

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F-250 © U.S. Postal Service; May 2026; All rights reserved.